1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    FELIX R. AYALA,                              No.  2:21-cv-00601 JAM GGH P

12                    Petitioner,

13          v.                                     ORDER

14    UNKNOWN,

15                    Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On June 24, 2021, the magistrate judge filed findings and recommendations herein which

21   were served on petitioner and which contained notice to petitioner that any objections to the

22   findings and recommendations were to be filed within twenty-one days.  ECF No. 5. Petitioner

23   has not filed objections to the findings and recommendations.

24          The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

27          1.  The findings and recommendations filed June 24, 2021, are adopted in full;

28   ////

1

2.  This action is dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order. <u>See</u> Fed. R. Civ. P. 41(b); Local Rule 110.


Dated:  August 9, 2021                              /s/ John A. Mendez
                                                    _____
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    UNITED STATES DISTRICT COURT JUDGE